# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHELLE LARNER,

    Plaintiff,

v.

                    Case No. 13-11464
                    HON. TERRENCE G. BERG
                    HON. R. STEVEN WHALEN

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge R. Steven Whalen's April 11, 2014 Report and Recommendation (Dkt. 16), recommending that Defendant's Motion for Summary Judgment (Dkt. 15) be GRANTED, that Plaintiff's Motion for Summary Judgment (Dkt. 8) be DENIED, and that the findings of the Commissioner be AFFIRMED.

The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). Nevertheless, the Court has carefully reviewed the Magistrate Judge's Report and Recommendation of April 11, 2014 (Dkt. 16), and does hereby **ACCEPT** and **ADOPT** it as this Court's findings of fact and conclusions of law.

Accordingly, Defendant's Motion for Summary Judgment (Dkt. 15) is **GRANTED**, Plaintiff's Motion for Summary Judgment (Dkt. 8) is **DENIED**, and the decision of the Commissioner, as authored by Administrative Law Judge Kathleen Eiler, is **AFFIRMED**.

**SO ORDERED**.

Dated: April 30, 2014                     s/Terrence G. Berg
                                                          TERRENCE G. BERG
                                                          UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically submitted on April 30, 2014, using the CM/ECF system, which will send notification to the parties.

                                                                             s/A. Chubb
                                                                             Case Manager